CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 21 2005

JOHN F CORCORAN, CLERK
BY
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **GREGG EDWARD PARKER,** )  | |
| Petitioner, ) | Civil Action No. 7:05-CV-00690 |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | |
| **UNITED STATES,** ) | By: Hon. Norman K. Moon |
| Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent if known.

**ENTER**: This 21st day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE